CHICAGO, ST. PAUL, MINNEAPOLIS & OMAHA RAILWAY COMPANY, Appellant, vs. DOUGLAS COUNTY, Respondent.

*May 10—June 10, 1904.*

*Chicago, St. P., M. & O. R. Co. v. Douglas Co., ante p. 273, followed.*

APPEAL from a judgment of the circuit court for Douglas county: A. J. VINJE, Circuit Judge. *Reversed.*

The cause was submitted for the appellant on a brief by S. L. Perrin, attorney, and *Thomas Wilson,* of counsel, and for the respondent on a brief by C. H. Crownhart, attorney, and *Thos. E. Lyons,* of counsel.

DODGE, J. This action and appeal is in all respects identical with No. 130 of the same name (*ante,* p. 273, 99 N. W.

1030), except that this applies to the taxes for 1901; the same pleadings, evidence, findings, and judgment characterizing both.

*By the Court.*—Judgment reversed, and cause remanded with directions to enter judgment in accordance with the prayer of the complaint.

WINSLOW, J., dissents.